UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Gary-Alan Bedard

     v.                                Case No. 24-cv-4-JL-TSM

Town of Weare, NH


ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated March 13, 2024.

_____
Joseph N. Laplante
United States District Judge

Date: April 1, 2024

cc:  Gary-Alan Bedard, pro se