```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

<u>Gary-Alan Bedard</u>

    v.

                                       Case No. 24-cv-04-JL-TSM

<u>Town of Weare, NH</u>

<u>JUDGMENT</u>

In accordance with the Order by District Judge Joseph N. Laplante dated April 1, 2024, approving the Report and Recommendation by Magistrate Judge Talesha L. Saint-Marc dated March 13, 2024, judgment is hereby entered.

                                                  By the Court:

                                                  <u>/s/ Daniel J. Lynch</u>
                                                  Daniel J. Lynch
                                                  Clerk of Court

Date: April 1, 2024

cc:   Gary-Alan Bedard, pro se